BILL LOCKYER
Attorney General of the State of California
THOMAS R. YANGER
Senior Assistant Attorney General
JULIE WENG-GUTIERREZ, State Bar No. 179277
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-8223
 Fax:  (916) 324-5567
 Email:  Julie.WengGutierrez@doj.ca.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA MEDICAL ASSOCIATION, et al.,<br><br>                              Plaintiffs,<br><br>               v.<br><br>SANDRA SHEWRY, Director of the Department of Health Services, State of California,<br><br>                              Defendant. | Case No.: CIV.S-03-2336 DFL PAN<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>Judge:  Honorable David F. Levi |

It is hereby ordered that the Stipulation for Dismissal is granted and that this action be dismissed in its entirety as to all parties and all causes of action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear their own costs and attorneys fees.

Dated: November 1, 2006

/s/ David F. Levi
Honorable DAVID F. LEVI
Judge of the United States District Court,
Eastern District of California,
Sacramento Division

03cv2336.o.111.wpd/ SA2003CV1463

[Proposed] Order Granting Stipulation for Dismissal

1